# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAROLD LANDIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, *et al.*,<br><br>  Defendants. | No. 1:23-cv-01490-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 18) |

Plaintiff Richard Harold Landis is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2024, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations that this action proceed against defendants John Doe 1 and John Doe 2 for failure to protect in violation of the Eighth Amendment. (Doc. 18.) The magistrate judge further recommended that all other claims and defendants be dismissed based on plaintiff's failure to state claims upon which relief may be granted and because some of the claims were improperly joined. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 15.)

1

1    On July 29, 2024, plaintiff filed a response to the findings and recommendations. (Doc.
2  19.) Plaintiff states that he is in prison and cannot obtain the names of John Does 1 and 2.
3  Plaintiff requests that the Court order an investigator to contact Corcoran Prison to assist plaintiff
4  in providing the officers' names to the Court. Plaintiff also requests that the Court grant a 30-day
5  extension to allow the investigator time to get the names for plaintiff and the Court. (*Id.* at 1–2.)
6    Plaintiff's filing does not raise any substantive objections to the magistrate judge's
7  findings and recommendations. To the extent plaintiff is requesting the appointment of an
8  investigator or additional time to identify the Doe defendants for service of process, those
9  requests will be addressed by the magistrate judge by separate order.
10    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
11  novo review of this case. Having carefully reviewed the file, including plaintiff's response, the
12  Court finds the findings and recommendations to be supported by the record and by proper
13  analysis.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Accordingly:

1. The findings and recommendations issued on June 28, 2024, (Doc. 18), are adopted in full;

2. This action shall proceed on plaintiff's first amended complaint, filed June 24, 2024, (Doc. 17), against defendants John Doe 1 and John Doe 2, correctional officers, for failure to protect in violation of the Eighth Amendment;

3. Plaintiff's Fourteenth Amendment Due Process claim concerning his disciplinary hearing is dismissed as improperly joined;

4. Plaintiff's Eighth Amendment failure to protect claim against defendants J. Barrios and Sierra is dismissed as improperly joined and for failure to state a claim upon which relief may be granted;

5. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and

6. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 1, 2025

UNITED STATES DISTRICT JUDGE