# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAROLD LANDIS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-01490-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 22 |

  Plaintiff Richard Harold Landis is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On October 16, 2025, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice based on plaintiff's failure to prosecute. Doc. 22. Specifically, the magistrate judge recommended dismissal after mail sent to plaintiff was returned as "Undeliverable, Death," finding there was no "suggesting party" to serve a statement noting death under Federal Rule of Civil Procedure 25. *Id.* at 2. The magistrate judge also found that the relevant factors governing dismissal for lack of prosecution weighed in favor of dismissal. *Id.* at 4. Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* at 4. On October 24, 2025,

the findings and recommendations were returned by mail as "Undeliverable, **Deceased 3/10/2025**." *See* docket.  No objections to the findings and recommendations have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 16, 2025, Doc. 22, are adopted in full;
2. This action is dismissed without prejudice for failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:     November 9, 2025

_____
UNITED STATES DISTRICT JUDGE

2